AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| **Juan Pablo NUNEZ-Calixto (67)** | ) | |
| **Celaya, Guanajuato, Mexico** | ) | L-21-MJ-_____ |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 10, 2021__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1001 | Whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully— <br>(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;<br>(2) makes any materially false, fictitious, or fraudulent statement or representation; or<br>(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry. |

This criminal complaint is based on these facts:

On or about October 10, 2021, at approximately 1:30 am, defendant, Juan Pablo NUNEZ-Calixto, a citizen and national of Mexico, applied for admission into the United States at the Juarez Lincoln Port of Entry in Laredo, Texas, as a passenger in a commercial bus. At primary inspection, defendant presented a Lawful Permanent Resident Alien Card (Form I-551) bearing the name and photograph of C.E.Z. to primary CBP Officer Jose Bonilla. CBPO Bonilla asked the defendant if he was the true owner of the document presented and the defendant stated that he was. CBP systems indicated a photo mismatch on the person presenting the lawful permanent resident card and referred defendant to secondary for further inspection. In secondary inspection, defendant admitted to CBPO Dominique Underwood the person on the card was not him. During a pat-down for officer safety, the defendant was found in possession of a Mexican Voter's Registration Card bearing his photograph and true name as Juan Pablo NUNEZ-Calixto. Defendant identified himself as a citizen and national of Mexico born in Celaya, Guanajuato, Mexico with no legal status to enter or remain in the United States. Facts are based on the defendant's sworn statement & records of Customs & Border Protection. The defendant was paroled into the United States and an Immigration hold has been placed.

☐ Continued on the attached sheet.

/s/ Cynthia C. O'Bryant
*Complainant's signature*

Cynthia C. O'Bryant, CBP Enforcement Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __October 12, 2021__

*Judge's signature*

City and state: __Laredo, Texas__    Christopher Dos Santos, U.S. Magistrate Judge
*Printed name and title*